ORDER UNSEALING INDICTMENT

Case Number: 98-4021-01-CR-C-NKL

Per oral motion by the USA, it is ordered that this case be unsealed.

William A. Knox
U.S. Magistrate Judge

10/24/07
Date